# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RONALD BIRD,** | * |
| Plaintiff, | * |
| v. | *     Case No. RDB-18-1315 |
| **MARINE TERMINALS CORPORATION-EAST, and INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 333** | * <br> * <br> * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM ORDER

The Plaintiff Ronald Bird originally filed this action in the Circuit Court for Baltimore City alleging employment discrimination and retaliation under the Americans With Disabilities Act of 1990, as amended 42 U.S.C. § 12101, *et seq.*, against his employer Marine Terminals Corporation-East ("MTCE") and his union, International Longshoremen's Association Local 333 ("Local 333"). These allegations are based on Bird's employment with MTCE from 2011 to 2015 and his contention that he was improperly denied a position as a "Spotter" in directing vehicles and roll-off cargo.

The Defendants both filed Motions for Summary Judgment on August 15, 2019. (ECF Nos. 40, 41), denying Bird's claims and contending that they are entitled to judgment as a matter of law under Rule 56 of the Federal Rules of Civil Procedure. The lawyers who previously represented the Plaintiff withdrew their representation and he has proceeded *pro se* since June of 2019.

On August 16, 2019, the Clerk of this Court provided notice to Mr. Bird as a *pro se* Plaintiff of the filing of these subject motions and his right to file a timely response. (ECF No. 42.) No response has been filed. This Court has reviewed the subject motions (ECF Nos. 40, 41). With respect to the Defendant employer MTCE, the Plaintiff's disparate treatment, hostile work environment, and retaliation claims fail as a matter of law and MTCE's Motion for Summary Judgment (ECF No. 41) is GRANTED and judgment is entered in favor of MTCE and against the Plaintiff. With respect to the Defendant union Local 333, these same claims fail as a matter of law and Local 333's Motion for Summary Judgment (ECF No. 40) is GRANTED and judgment is entered in favor of Local 333 and against the Plaintiff.

Accordingly, IT IS HEREBY ORDERED THIS 23RD DAY OF MARCH, 2020, that the Motions for Summary Judgment (ECF Nos. 40, 41) are GRANTED and the Clerk of this Court SHALL CLOSE THIS CASE.

\_\_\_/s/_____
Richard D. Bennett
United States District Judge